Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

SALVATORE TOMACHIO, Appellant, *v.* CARTER & WEEKS STEVEDORING COMPANY, Respondent.

*Negligence — master and servant — injury to workman through negligence of fellow-servant — when complaint properly dismissed.*

*Tomachio* v. *Carter & Weeks Stevedoring Co.*, 204 App. Div. 834, affirmed.

(Argued March 8, 1923; decided March 23, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 29, 1922, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer. Plaintiff was assisting in loading iron beams into a vessel. The work was conducted by means of a winch which lowered the beams into the hold. The plaintiff claimed that the winch, although suitable for the work in hand, was unsafe and improper to do the work because it had been wound and set up to be operated in the reverse of the customary method, and so an undue burden was placed upon the winchman who was not accustomed to working a winch in that manner, and that because of this plaintiff's working position became unsafe. The winchman operating the machine was on the deck; the plaintiff and other employees were in the hold out of his sight; when the winchman was notified to slack the rope which was attached to the beam in the hold, he made a mistake and tightened the rope, which caused the beam to fall and injure plaintiff. The complaint was dismissed on the ground that plaintiff received his injury through the negligence of a fellow-servant.

*Louis J. Greenburg* and *Richard Welling* for appellant.
*A. T. Tompkins* and *Sidney L. Masone* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Hogan, Cardozo, Pound, McLaughlin, Crane and Andrews, JJ.

---

The People of the State of New York ex rel. Frank E. Dawley, Individually and as President of the American Karakul Fur Sheep Co., Inc., Appellant, *v.* Charles S. Wilson, Commissioner of the Division of Agriculture of the Department of Farms and Markets of the State of New York, et al., Respondents.

*Certiorari to review decision of commissioner of agriculture on application for award for killing of sheep by dogs — when proceeding properly remitted to commissioner for new hearing and award.*

*People ex rel. Dawley* v. *Wilson*, 200 App. Div. 537, affirmed.
(Argued March 9, 1923; decided March 23, 1923.)

Appeal, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 25, 1922, which remitted this proceeding to the commissioner of agriculture of the department of farms and markets of the state of New York to determine the damages sustained by the relator. The proceeding was certiorari to review the decisions and orders of the commissioner of agriculture of the department of farms and markets and the council of farms and markets of the state of New York, in which it awards to the relator damages for injuries to and the killing of sheep of the relator by dogs. (See 232 N. Y. 12.)

The following questions were certified: " 1. Was this proceeding properly remitted by this court to the commissioner of agriculture directing him to make an award upon the correct theory?

" 2. If so, was this court in error in refusing to order said commissioner of agriculture to make his determination solely upon the record heretofore made? "

*Thomas K. Smith* for appellant.

*Carl Sherman*, Attorney-General (*Henry P. Nevins* and *T. Paul McGannon* of counsel), for respondents.